

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

ANTHONY LEROY JONES, §

§ No. 08-14-00105-CR

§ Appellant, Appeal from the

§

V. 297th District Court

§

of Tarrant County, Texas

THE STATE OF TEXAS, §

(TC# 1297281D)

§

Appellee.

§

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 22ND DAY OF APRIL, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.